**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Darrius Lamont WALKER,
Defendant–Appellant.**

No. 01–6948.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 6, 2001.

Decided Sept. 14, 2001.

Darrius Lamont Walker, pro se. Gretchen C.F. Shappert, Assistant United States Attorney, Charlotte, NC, for appellee.

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

PER CURIAM.

Darrius Lamont Walker appeals from the district court's orders denying his motion to dismiss his indictment under Federal rule of Criminal Procedure 12(b)(2), and denying his request for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court.* *See United States v. Walker,* No. CR–95–5 (W.D.N.C. May 25, 2001; Apr. 27, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

* We also note that Walker's motion was not a proper vehicle for relief in this case, as it was filed years after his conviction became final,

and the applicable rule provides that such motion must be filed prior to trial. Fed. R.Crim.P. 12(b).